**STATE of Missouri, Respondent,**

v.

**Vincent D. COOLEY, Appellant.**

**No. WD 61964.**

Missouri Court of Appeals,
Western District.

March 23, 2004.

Patrick W. Peters, Kansas City, for appellant.

Andrea K. Spillars, Jefferson City, for respondent.

Before HOWARD, P.J.,
LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Vincent Cooley appeals from his conviction for possession of a controlled substance, Section 195.202. The Court of Appeals determined there was sufficient evidence to support the trial court's judgment.

Affirmed. Rule 30.25(b).